UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: DIAMOND SERVICES CORPORATION AS OWNER OF THE DIAMOND 85, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 20-408<br><br>JUDGE ROBERT R. SUMMERHAYES<br><br>MAGISTRATE JUDGE WHITEHURST |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR DIAMOND SERVICES CORP. *AS OWNER OF THE DIAMOND 85***

NOW INTO COURT, through undersigned counsel, come Diamond Services Corporation and the DIAMOND 85 (collectively "Diamond")*,* who respectfully move this Court for an Order withdrawing attorneys Jessica Bankston Finley, Anthony John Staines, James Alan Crouch, Jr. and Jason R. Kenney of the law firm Staines Eppling & Kenney as counsel of record for Diamond, and substituting in their place attorneys David Reisman, Raymond T. Waid and Alex Baynham of the law firm of Liskow & Lewis.  Mr. Reisman will serve as Trial Attorney pursuant to Local Rule 11.2 of the Western District of Louisiana.  This withdrawal and substitution will not prejudice any party or affect any pre-trial or trial deadlines.

WHEREFORE, Diamond Services Corporation and the DIAMOND 85 pray that this Court issue an Order granting their motion to withdraw Ms. Finley, Mr. Staines, Mr. Crouch and Mr. Kenney as counsel of record and to substitute Messrs. Reisman, Waid and Baynham as counsel of record for Diamond Services Corporation and the DIAMOND 85.

        Respectfully submitted,

        */s/ Jessica Bankston Finley*
Anthony J. Staines (#12388)
Jason R. Kenney (#29933)
James A. Crouch (Bar #35729)
Jessica B. Finley (Bar #38213)
STAINES, EPLING & KENNEY
3500 North Causeway Blvd., Suite 820
Metairie, Louisiana   70002
jessie@seklaw.com
tony@staines-eppling.com
james@staines-eppling.com
jason@staines-eppling.com
Telephone: (504) 838-0019
Telefax:  (504) 838-0043


   */s/ David L. Reisman*
David L. Reisman, T.A. (#21833)
Raymond T. Waid (Bar #31351)
Alexander J. Baynham (Bar #36369)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
dreisman@liskow.com
rwaid@liskow.com
ajbaynham@liskow.com
Telephone: (504) 581-7979
Telefax:  (504) 556-4108


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

        */s/   Jessica Bankston Finley*